**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | | | |
|---|---|---|---|
| Erie Insurance Company | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | Case No. | 1:25-cv-03150 |
| JSN Network, Inc., McHenry Donuts, Inc. | ) | | |
| d/b/a Dunkin' Donuts and Baskin Robbins, | ) | | |
| and Brianna Castelli | ) | | |
| *Defendants.* | ) | | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL**
**RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO DEFENDANTS, JSN NETWORK, INC., MCHENRY DONUTS, INC. D/B/A DUNKIN' DONUTS AND BASKIN ROBBINS, BRIANNA CASTELLI, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff Erie Insurance Company and its counsel of record, hereby give notice that the above-entitled action is voluntarily dismissed, without prejudice, against Defendants.

Respectfully submitted,

Erie Insurance Company

July 7, 2025

*/s/ Colleen A. Beverly*
COLLEEN A. BEVERLY

COLLEEN A. BEVERLY
CLAUSEN MILLER PC
Firm I.D. 90181
10 South LaSalle Street, 16th Floor
Chicago, IL 60603-1098
Phone:     (312) 855-1010
Fax:        (312) 606-7777
Email:     cbeverly@clausen.com
*Attorneys for Plaintiff Erie Insurance Company*

11789304.1